**DENTONS US LLP**
D. Farrington Yates
Marc H. Mandel
James A. Copeland
1221 Avenue of the Americas
New York, New York 10020
(212) 768-6700

*Counsel for Petitioner*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>COGENT FIBRE INC.,<br><br>Debtor in a Foreign Proceeding. | Chapter 15<br><br>Case No. 15-_____ (___)<br><br>Recognition Request Pending |

**STATEMENT OF PETITIONER PURSUANT TO**
**11 U.S.C. § 1515(c) IDENTIFYING FOREIGN PROCEEDINGS**

I, Robert M. Mantrop, in my capacity as Director of the Petitioner, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury under the laws of the United States of America that the following is true and correct:

1.  I am a Director of Cogent Fibre Inc. ("CFI" or the "Debtor")[1] under Canada's *Bankruptcy and Insolvency Act* (R.S.C. 1985, c. B-3) (the "BIA"), pending before the Ontario Superior Court of Justice (Commercial List) (the "Canadian Court"), File No. 31-2016058 (the "Canadian Proceeding"). CFI is duly authorized to act as foreign representative (in such capacity, the "Petitioner") for purposes of the Canadian Proceeding and this chapter 15 case. I

---

[1] Capitalized words not otherwise defined herein shall have the meaning set forth in the Verified Petition.

am over the age of 18 and, if called upon, could testify on to all matters set forth in this statement, except for those portions specified as being otherwise.

2. As required under section 1515(c) of title 11 of the United States Code (the "Bankruptcy Code"), the Petitioner hereby respectfully submits this statement in support of the Verified Petition filed contemporaneously herewith.

3. The Petitioner is informed that section 1515(c) provides that "[a] petition for recognition shall also be accompanied by a statement identifying all foreign proceedings with respect to the debtor that are known to the foreign representative."

4. The Petitioner further informed that section 101(23) of the Bankruptcy Code defines a "foreign proceeding" as:

> a collective judicial or administrative proceeding in a foreign country, including an interim proceeding, under a law relating to insolvency or adjustment of debt in which proceeding the assets and affairs of the debtor are subject to control or supervision by a foreign court, for the purpose of reorganization or liquidation.

5. To the Petitioner's knowledge, the Canadian Proceeding is the only foreign proceeding (as that term is defined in the Bankruptcy Code) that the Petitioner is aware of with respect to the Debtor and this chapter 15 case.

[*signature on following page*]

Executed this 17th day of July 2015 in Ontario, Canada.

                    COGENT FIBRE INC., in its capacity as the Debtor's duly authorized foreign representative

_____
Name: Robert M. Mantrop
Title: Director

84336723

-3-

17772973\V-1