**DENTONS US LLP**
D. Farrington Yates
Marc H. Mandel
James A. Copeland
1221 Avenue of the Americas
New York, New York 10020
(212) 768-6700

*Counsel for the Petitioner*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 15 |
| COGENT FIBRE INC., | Case No. 15-11877 (SMB) |
| Debtor in a Foreign Proceeding. | Recognition Request Pending |

<u>**CERTIFICATE OF SERVICE**</u>

I, D. Farrington Yates, hereby certify that on the 17th day of July, 2015, I caused copies of the following documents to be served upon the parties listed on the attached service list in the manner set forth therein.

- Chapter Voluntary 15 Petition for Recognition of Foreign Proceeding [Docket No. 1]

- Declaration of Kenneth D. Kraft In Support of (I) Verified Petition For Recognition of Canadian Proceeding Under Chapter 15 and Motion For Order Granting Related Relief and (II) Motion For (I) Ex Parte Emergency Relief and (II) Provisional Relief Pursuant To Section 1519 of The Bankruptcy Code [Docket No. 3]

- Declaration of Robert M. Mantrop Petitioner In Support of (I) Verified Petition For Recognition of Canadian Proceeding Under Chapter 15 and Motion For Order Granting Related Relief and (II) Motion For (I) Ex Parte Emergency Relief and (II) Provisional Relief Pursuant To Section 1519 of The Bankruptcy Code [Docket No. 4]

- Declaration of D. Farrington Yates In Support of (I) Verified Petition For Recognition of Canadian Proceeding Under Chapter 15 And Motion For Order Granting Related Relief and (II) Motion For (I) Ex Parte Emergency Relief and (II) Provisional Relief Pursuant To Section 1519 of The Bankruptcy Code [Docket No. 5]

- Motion to Approve Verified Petition for Recognition of Canadian Proceeding Under Chapter 15 and Motion For Order Granting Related Relief  [Docket No. 6]

- Statement of Petitioner Pursuant To Federal Rule of Bankruptcy Procedure 1007(A)(4)  [Docket No. 7]

- Statement of Petitioner Pursuant To 11 U.S.C. § 1515(C) Identifying Foreign Proceedings [Docket No. 8]

- Application for Ex Parte Relief (I) Scheduling Hearing Regarding Verified Chapter 15 Petition and (II) Specifying Form and Manner of Service of Notice  [Docket No. 9]

- Application for Ex Parte Relief /Emergency Relief and Provisional Relief Pursuant To Section 1519 Of The Bankruptcy Code  [Docket No. 10]

- Temporary Restraining Order signed on 7/17/2015 and Order Shortening Notice [Docket No. 11]

Dated: July 17, 2015
      New York, New York                Respectfully submitted,

                                      **DENTONS US LLP**


                                      _____/s/ D. Farrington Yates
                                      D. Farrington Yates
                                      Marc H. Mandel
                                      James A. Copeland
                                      1221 Avenue of the Americas
                                      New York, New York 10020
                                      Tel:  (212) 768-6700
                                      Fax:  (212) 768-6800

                                      *Counsel for the Petitioner*

**SERVICE LIST**

| Via Facsimile | Via hand delivery |
|---|---|
| Office of the United States Trustee<br>Fax: 212-668-2256 | Office of the United States Trustee<br>U.S. Federal Office Building<br>201 Varick Street, Room 1006<br>New York, NY 10014 |

| Via email to NS United Kaiun Kaisha, Ltd Counsel | Via email to Nippon Yusen Kaisha/NYK Line Counsel |
|---|---|
| Kate Bea Belmont<br>email: (kbelmont@blankrome.com)<br>Richard Vaughan Singleton, II<br>email: (rsingleton@blankrome.com)<br>**Blank Rome LLP**<br>405 Lexington Avenue<br>New York, NY 10174<br>Tel: (212) 885-5000<br>Fax: (212) 332-3841 | Christopher H. Dillon<br>email: (dillon@burkeparsons.com)<br>**Burke & Parsons**<br>100 Park Avenue<br>New York, NY 10017 |

| Via International Overnight to<br> NS United Kaiun Kaisha, Ltd | Via International Overnight to<br>Nippon Yusen Kaisha/NYK Line |
|---|---|
| NS United Kaiun Kaisha, Ltd<br>Otemachi First Square, 5-1<br>Otemachi 1-Chrome, Chiyoda-ku<br>Tokyo 100-8108 Japan | Nippon Yusen Kaisha/NYK Line<br>No. 1 Forrest Products Team<br>Forest Products Group, C.P.O Box 1250<br>Tokyo 100-8613 Japan |

| Via  Overnight Saturday Delivery to<br>NS United Kaiun Kaisha, Ltd | Overnight Saturday Delivery to<br>Nippon Yusen Kaisha/NYK Line |
|---|---|
| C/o NS UNITED SHIPPING (U.S.A.) INC.<br>The Meadows Office Complex<br>301 Route 17 North Suite 210<br>Rutherford, NJ 07070<br>TEL: (201)-348-2101<br>FAX: (201)-319-0305<br>Attn: President : Masakazu Fajita | C/o NYK Bulkship (USA) N.V.<br>300 Lighting Way, 4th Floor<br>Secaucus, NJ 07094<br>Attn: President : Patrick Brennan Jr. |